FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

APR 24 2009

Stephan Harris, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JANE A. VERSTEEG, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BENNETT, DELONEY & NOYES, P.C., a Utah Professional Corporation; and DOES 1 THROUGH 25, BEING FICTITIOUS NAMES OF UNIDENTIFIED PERSON WHO CONTROL THE POLICIES AND PRACTICES INVOKED BY BENNETT, DELONEY & NOYES, P.C.,<br><br>Defendants. | Civil No. 08-CV-0153-B |

### ORDER RULING ON
### PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES

The above-entitled matter having come before the Court upon plaintiff's Notice of Motion to Compel Discovery Responses, and the Court having carefully considered the motion, and being fully advised in the premises, the Court FINDS as follows:

1. Plaintiff filed her motion on April 4, 2009.

2. Pursuant to Rule 7.1(b)(1)(B) of the Local Rules of the United States District Court for the District of Wyoming, each party "opposing [a non-dispositive motion] shall, within ten (10) days (excluding weekends and holidays) after service of said motion, serve

upon all parties a written response containing a short, concise statement of the argument and authorities in opposition to the motion." Rule 7.1(b)(1)(B) continues by providing that, "[f]ailure of a responding party to serve a response within the ten (10) day time limit, or such other time limit as the Court may direct, may be deemed by the Court in its discretion as a confession of the motion." U.S.D.C.L.R 7.1 (b)(1)(B).

3. The Court finds that the defendants have failed to respond to said motion as required by U.S.D.C.L.R. 7.1. This failure is hereby deemed a confession of the motion unless the defendants can demonstrate good cause for their failure to respond.

NOW, THEREFORE, IT IS HEREBY ORDERED that plaintiff's Notice of Motion to Compel Discovery Responses be, and the same is granted and defendants shall provide written responses to plaintiff's discovery requests on or May 8, 2009.  It is

FURTHER ORDERED that plaintiff's request to award sanctions to plaintiff equal to the fees and costs necessary to bring this motion is DENIED.

Dated this 24th day of April, 2009.

William C Beaman
UNITED STATES MAGISTRATE JUDGE